# EXHIBIT A



# MERCHANT APPLICATION - COMPLETE ONLINE OR FAX TO 800-771-3821

## Application Check List:

- [x] Complete page 1 of application.
- [x] Sign section 6 on page 1 of application.
- [x] Sign sections 10 & 11 on page 2 of application.
- [x] Attach a blank voided check. No starter checks. Must have business name on the check.
- [x] If requesting max transactions over $2,500, then attach 3 months banks statements.
- [x] If requesting monthly sales volume over $50K, then attach 3 months bank statements, balance sheet, and P&L.
- [x] If Rate Match, then attach last 2 months of previous processing statements from current provider.

## If New Business:

- [x] Email a picture of the building with signage and an interior picture of inventory/office to underwriting@payjunction.com.
- [x] If new businesses less than 6 months old, then attach a copy of the office building lease contract.

  

For further information on the terms and conditions of the merchant agreement please visit payjunction.com/terms



**PayJunction**  
**1903 State Street**  
**Santa Barbara, CA 93101**

**Tel: 800 601 0230**  
**Fax: 800 771 3821**  
**www.PayJunction.com**



PayJunction
1903 State Street
(800) 601-0230
F (800) 771-3821

FOR OFFICE USE ONLY

REP NAME: Randy Modes

RACK NG #

MERCHAN #

## 1 MERCHANT INFORMATION

**BUS NESS LEGAL NAME:** Glasser mages (rate update)
( ● ) NEW ACCOUN   ( ) ADD ONAL LOCA ON   ( ) CHANGE OF OWNERSH P

**D B A (DO NG BUS NESS AS):**
**EL:** 701 250 2190
**FAX:**

**EMA L:** jack@glasser mages com
**WEBS E:** www glasser mages com

**ADDRESS (NO P.O BOXES):** 510 E Ma n Ave Su te 3A
**C Y:** B SMARCK
**S A E:** ND
**Z P:** 58501

**MA L NG ADDRESS (F D FFEREN ):** PO BOX 3190
**C Y:** B SMARCK
**S A E:** ND
**Z P:** 58502

**PRODUC S & SERV CES:** Photography
**E N/ AX D:**
**# LOCA ONS:** 1
**YEARS OWNED:** 12
( ) SOLE PROP   ( ) PAR NERSH P   ( ● ) LLC
( ) NON PROF   ( ) CORP

**SELEC PROCESS NG YPES REQUES ED:**
[✓] V SA / MC / D SCOVER   ( ) AMER CAN EXPRESS OP BLUE   ( ● ) DECL NE AMEX   ( ) SE#

## 2 CREDIT CARD SALES

**CREDIT CARD SALES**
**AVG XN $:** $1 000 00
**MAX XN $:** $20 000 00
**MAX MON HLY VOLUME $:** $100 000 00

**METHOD OF TRANSACTIONS**
____ % + SW PE    ____ % + KEY    100 % = 100% WEB

## 3 OWNER CONTACT INFO

**OWNER 1**
**NAME:** Jack Glasser
**T LE:** Pres dent
**% OWNERSH P:** 100
**SSN:** ▇▇▇
**DOB:** ▇▇▇
**HOME EL:** ▇▇▇
**HOME ADDRESS:** ▇▇▇
**C Y:** MANDAN
**S A E:** ▇▇▇
**Z P:** ▇▇▇

**OWNER 2**
**NAME:**
**T LE:**
**% OWNERSH P:**
**SSN:**
**DOB:**
**HOME EL:**
**HOME ADDRESS:**
**C Y:**
**S A E:**
**Z P:**

## 4 TRADE REFERENCES

**LANDLORD:** P ne Propert es
**EL:** 7012260820
**WEBS E:** www broadwaycentre net
**CON AC :** Steve P ne

**RADE REFERENCE:** Senger & Assoc ates
**EL:** 7012224100
**ACCOUN #:** NA
**CON AC :** Jen Eaton

## 5 HISTORY & POLICIES

**Does your business currently accept credit cards?**
( ● ) Yes (please provide merchant statements)   ( ) No

**Have you ever had a previous processor terminate your account?**
( ) Yes   ( ● ) No

**Have you or any principal owner ever filed bankruptcy?**
( ) Yes   ( ● ) No

**Describe your refund policy?**
( ) Re und with/in 30 Days   ( ) Exchanges Only   ( ) No Re unds   ( ● ) Other **depends or**

**s your business seasonal?**
( ) Yes   ( ● ) No

**Does your transaction volume spike during the month (Ex 1st/month)?**
( ) Yes   ( ● ) No

**Will any third party have access to card holder data?**
( ● ) Yes (please list)   ( ) No

**Do you use a fulfillment house to ship your products?**
( ) Yes (please provide address)   ( ● ) No

**When is your customer billed for your products/services?**
( ● ) Upon Order   ( ) Upon Shipment   ( ) Other ____

**When does your customer receive your products/services?**
( ) Upon Order   ( ) 3 Days   ( ) 1 Week   ( ● ) 2 Weeks   ( ) Other **depends or**

**Are you PC compliant?**
( ) Yes   ( ) No   ( ) Not Sure

**Do you use any other payment applications?**
( ) Yes (please list)   ( ) No   ( ) Not Sure

## 6 VISA DISCLOSURE

MERCHANT APPLICATION VER20150324

**MEMBER BANK (ACQUIRER)** First National Bank o Omaha ("BANK") 1620 Dodge Street Omaha NE 68197 800-853-9956

**IMPORTANT MEMBER BANK (ACQUIRER) RESPONSIBILITIES**
1  A Visa Member is the only entity approved to extend acceptance o Visa products directly to a Merchant
2  A Visa member must be a principal (signer) to the Merchant Agreement
3  he Visa Member is responsible or educating Merchants on pertinent Visa Operating Regulations with which Merchants must comply
4  he Visa Member is responsible or and must provide settlement unds to the Merchant
5  he Visa Member is responsible or all unds held in reserve that are derived rom settlement

**IMPORTANT MERCHANT RESPONSIBILITIES**
1  Ensure compliance with cardholder data security and storage requirements
2  Maintain raud and chargebacks below thresholds
3  Review and understand the terms o the Merchant Agreement
4  Comply with Visa Operating Regulations

he responsibilities listed above do not supersede the terms o the Merchant Agreement and are provided to ensure the Merchant understands some important obligations o each party and that the Visa Member (Acquirer) is the ultimate authority should the Merchant have any problems

x _[signature]_    Eectronic Signat e Received Fo ac Glasser on Dec0 201 IP: 96 3 65 39
**MERCHANT S GNATURE**

Jack Glasser
**PR NT NAME & T TLE**

Dec 04 2017
**DATE**

VER20150324 © MESS AH C NC DBA PAYJUNC ON S A REG S ERED SO/MSP OF F RS NA ONAL BANK OF OMAHA 1620 DODGE S OMAHA NE    Page 1 o 2

## 7. CREDIT CARD RATES
### VISA/MC/DISCOVER/AMERICAN EXPRESS OPTBLUE

| Account Type (PICK ONE) | Match | Swipe/Retail | Key/Moto/Web | ☉ ICDA / ○ CP |
|---|---|---|---|---|
| Transaction Auth / Batch | MATCH | $0.20 | $0.29 | $0.10 |
| Rate 1 | MATCH | 1.39% | 2.09% | 0.25% |
| Rate 2 | MATCH | (Rate 1) + 0.50% | (Rate 1) + 0.00% | NA |
| Rate 3 | MATCH | (Rate 1) + 1.50% | (Rate 1) + 1.89% | NA |
| Rate 4 | MATCH | (Rate 1) + 1.99% | NA | NA |
| Monthly | MATCH | $29.95 | $29.95 | $15.00 |
| Annual | MATCH | $79.00 | $79.00 | $60.00 |

Insufficient Funds, Chargebacks, Retrievals $25.00 per item. Monthly Minimum Processing Commitment of $35.00 is waived if you process more than $10k. Visa Rewards/Signature MasterCard World/Enhanced, Discover Premium & all American Express cards assess an additional 0.30% to the applicable rate tier. CDA DB Rate $0.30 + 0.30% (Req DB Pad). Dues & Assessments apply. MIS AMEX Support Fee of 0.30% applies to all American Express gross SALES. Interchange/Wholesale & $0.07/item processor fees apply to Match/ICDA/CP accounts, review Rate Descriptions in the Terms & Conditions for additional info on which interchange programs qualify. Visa FANF, APF, Zero Floor Limit, Misuse of Authorization, SA fees & MasterCard NABU, ALF, CVC2, Cross Border, & Discover Network Authorization & American Express Network Inbound, Non-swiped, Non-swiped Application-initiated, Technical Specification, Non-Compliance, Data Quality, Excessive Dispute, Existing AXP Merchant Access fees, & all Other Applicable Card Brand Fees shall be billed at PayJunction's current pass through rate. Rate Matches require prior processing statements, the default annual fee of $79 shall apply in the event the sample statements do not list the comparable annual fee line item. MERCHANT shall not participate in American Express OptBlue if: a) MERCHANT declined American Express or b) an American Express SE# was provided in which case American Express shall bill Merchant their fees.

## 8. WEB BASED PAYMENT PRODUCTS | LEGACY TERMINAL PRODUCTS
Please see attached page for product list

## 9. SPECIAL NOTES (Internal Use Only - nothing in this section shall modify the terms of the Merchant Transaction Processing Agreement)
PAYJUNCTION SPECIAL NOTES:
Free sig capture and swiper with statements over 10K/Month

MERCHANT SPECIAL NOTES:

## 10. SIGNATURES

THIS general, absolute and unconditional continuing Guaranty ("GUARANTY") by the undersigned (collectively "GUARANTOR" or "my" or "I" or "me") is for the benefit of Messiahinc DBA PayJunction and/or First National Bank of Omaha (each a "Guaranty Party" or "Collectively the "Guaranty Parties"). For value received, and in consideration of the mutual undertakings contained in the Merchant Transaction Processing Agreement and allied agreements ("AGREEMENTS") between the Guaranty Parties and MERCHANT, as set forth below, absolutely and unconditionally guarantee the full performance of all MERCHANT's obligations to the Guaranty Parties, together with all costs, expenses and attorneys' fees incurred by any Guaranty Party in connection with any actions, inactions, or defaults of MERCHANT. I waive any right to require the Guaranty Parties to proceed against other entities or MERCHANT. There are no conditions attached to the enforcement of this GUARANTY. I authorize the Guaranty Parties, their respective agents or assigns, to make from time to time any personal credit or other inquiries and agree to provide at request financial statements and/or tax returns. I agree that this GUARANTY shall be governed and construed in accordance with the laws of the state of Nebraska and that the courts of the state of Nebraska shall have and be vested with personal jurisdiction over me. This is a continuing GUARANTY and shall remain in effect until one hundred eighty (180) days after receipt by the Guaranty Parties of written notice by me terminating or modifying the same. The termination of the AGREEMENTS or GUARANTY shall not release me from liability with respect to any obligations incurred before the effective date of termination. No termination of this GUARANTY shall be effected by any change in my legal status or any change in the relationship between MERCHANT and me. This GUARANTY shall bind and inure to the benefit of the personal representatives, heirs, administrators, successors and assigns of GUARANTOR and the Guaranty Parties.

| X _[signature]_ Electronic Signature Received From Jack Glasser on Dec 04, 2017 IP: 96.3.65.39 | Jack Glasser | Dec 04, 2017 |
|---|---|---|
| SIGNATURE | PRINT NAME | DATE |

| X | | |
|---|---|---|
| SIGNATURE | PRINT NAME | DATE |

## 11. MERCHANT SIGNATURE

MERCHANT has indicated above which services it is requesting. MERCHANT agrees that BANK is not a party to any agreement or services from the following companies: American Express, Diners Club, Discover Network, and/or Messiahinc DBA PayJunction ("PayJunction") and that any such agreements are strictly between MERCHANT and each individual company. MERCHANT must be approved by each company and each company may send its agreement to the address of MERCHANT indicated herein. Upon such approval, MERCHANT agrees to be bound by such company's agreement. By signing below Merchant, PayJunction and SYS Merchant Solutions LLC ("MIS") agree to the terms of the MIS Discover Agreement. MIS is not a party to the Merchant Transaction Processing Agreement. In accordance with the terms set out in the Terms and Conditions, transfer of funds will be made to/from the account set forth in the enclosed voided check or bank letter. In the event that Amex is selected, Amex transfer funds will utilize the same attached voided check or bank letter in accordance with the terms and conditions as set forth by American Express Merchant Regulations. If Check / ACH Processing is selected, MERCHANT is responsible for following the Automated Clearing House (ACH) Rules and Guidelines for each transaction. PayJunction shall act as the Third Party Sender ("TPS"). MERCHANT shall not use this Merchant Account or warranties or retainer fees of any type. MERCHANT authorizes PayJunction to automatically draft PayJunction Gateway Fees from the account set forth in the enclosed voided check/bank letter. Rate match requires all pages of the 2 most recent months of prior processing statements, additional requested services not present on prior statements are billed at current rates herein. MERCHANT agrees to the Terms & Conditions and PayJunction Gateway Agreement located at http://PayJunction.com/terms. Shipping costs are incurred and no shipping method is selected default shipping rates shall apply. If setup or equipment charges are incurred and no payment method is selected, transfer of funds will be collected from the account set forth in the enclosed voided check or bank letter. By their execution below, the undersigned parties agree to abide by the Merchant Transaction Processing Agreement (the "AGREEMENT"). The AGREEMENT consists of the MERCHANT APPLICATION and the TERMS AND CONDITIONS (a separate attachment hereto) and MERCHANT acknowledges it has received and read the Terms and Conditions at the time of signing. MERCHANT warrants that the information provided on the MERCHANT APPLICATION is complete and accurate. MERCHANT authorizes PayJunction and/or BANK to provide a copy of this MERCHANT APPLICATION to any third party, for the services requested. MERCHANT and its signing Officer/Owner/Partner authorize PayJunction and/or BANK and their agents or assigns to make from time to time any business and personal credit and other inquiries applicable. MERCHANT approves, by its signature below to the Equipment Agreement and the American Express OptBlue Program Agreement. Depending upon MERCHANT'S authorization and settlement composition the references to Discover Network in this AGREEMENT may not apply and MERCHANT may contract directly with Discover Network or these services. IN WITNESS WHEREOF, THE PARTIES HERETO HAVE CAUSED THIS AGREEMENT TO BE EXECUTED BY THEIR DULY AUTHORIZED REPRESENTATIVES EFFECTIVE ON THE DATE SIGNED OR APPROVED BY BANK.

**PayJunction Commitment:** PayJunction has a zero dollar ($0.00) Early Termination Fee. PayJunction believes you should use our products and services because they are better (not because you are locked into a contract). If at anytime you are not satisfied for any reason, you may cancel at anytime without penalty.

| X _[signature]_ Electronic Signature Received From Jack Glasser on Dec 04, 2017 IP: 96.3.65.39 | Jack Glasser | Dec 04, 2017 |
|---|---|---|
| MERCHANT SIGNATURE | PRINT NAME & TITLE | DATE |

| (OFFICE USE ONLY) ACCEPTED BY MESSIAHINC DBA PAYJUNCTION | (OFFICE USE ONLY) ACCEPTED BY FIRST NATIONAL BANK OF OMAHA | (OFFICE USE ONLY) DATE |
|---|---|---|

| Products Catalogue | | | | | |
|---|---|---|---|---|---|
| ☑ PayJunction Setup | $449 00 FREE $449 00 | | ☐ Reprogram Terminal | Qty | MODEL |
| ☑ Statements Online | | | ☐ W re ess Term na ($20/Mo) | Qty | $649 00 |
| ☑ Statements Mailed (Optional) | | | ☐ D a / IP Term na | Qty | $349 00 |
| ☐ USB Card Swiper | Qty | $50 00 | ☐ DBT Pad | Qty | $100 00 |
| ☐ USB Receipt Printer | Qty | $250 00 | ☐ Statements Ma ed | | |
| ☐ USB Signature Capture | Qty | $199 00 | Batch ☐ AM ☐ PM  Tip ☐ Yes ☐ No  Prefix ☐ 9 ☐ P Other | | |

**Satisfaction Guaranteed** (Return n 30 days for refund)
☐ Pay by Credit Card  ● Debit Checking Account (De ault)

Sh pp ng/Hand ng f Requ red
● Standard ($5 10 De ault)  ☐ Overnight ( BD/Cost)

Bank is not a party to this section and has no liability related to this Section  This form does not in any way amend the Merchant Transaction Processing Agreement