## EXHIBIT "1" – List of Chargeback Claims[1]

| Transaction Date | Chargeback Amount | Chargeback Date |
|---|---|---|
| 03/30/2021 | $1,659.37 | 10/11/2021 |
| 3/30/2021 | $1,395.00 | 10/11/2021 |
| 2/12/2021 | $900.00 | 10/11/2021 |
| 2/9/2021 | $3,240.00 | 10/11/2021 |
| 03/30/2021 | $2,106.00 | 10/11/2021 |
| 11/17/2020 | $935.00 | 10/11/2021 |
| 10/21/2020 | $2,520.00 | 10/11/2021 |
| 01/28/2021 | $4,054.50 | 10/11/2021 |
| 01/15/2021 | $1,989.00 | 10/11/2021 |
| 03/01/2021 | $2,106.00 | 10/11/2021 |
| 03/23/2021 | $2,925.00 | 10/11/2021 |
| 09/08/2021 | $2,025.00 | 10/11/2021 |
| 06/22/2021 | $3,360.00 | 10/11/2021 |
| 05/26/2021 | $2,835.00 | 10/11/2021 |
| 06/13/2021 | $2,184.00 | 10/11/2021 |
| 06/03/2021 | $4,612.50 | 10/11/2021 |
| 09/29/2021 | $300.00 | 10/11/2021 |
| 08/10/2021 | $2,050.00 | 10/11/2021 |
| 09/07/2021 | $2,099.12 | 10/11/2021 |
| 08/20/2021 | $2,520.00 | 10/11/2021 |
| 06/16/2021 | $5,355.00 | 10/11/2021 |
| 06/13/2021 | $865.20 | 10/11/2021 |
| 09/30/2021 | $160.00 | 10/11/2021 |
| 06/14/2021 | $1,239.00 | 10/11/2021 |
| 07/29/2020 | $2,013.50 | 10/12/2021 |
| 03/15/2021 | $2,520.00 | 10/12/2021 |
| 01/14/2021 | $2,507.50 | 10/12/2021 |
| 04/16/2021 | $1,593.00 | 10/12/2021 |
| 08/20/2021 | $355.00 | 10/12/2021 |
| 07/21/2021 | $355.00 | 10/12/2021 |
| 07/27/2021 | $3,864.00 | 10/12/2021 |
| 10/27/2020 | $2,709.00 | 10/12/2021 |
| 08/04/2021 | $360.00 | 10/12/2021 |

---

[1] The names of customers who initiated chargebacks are redacted out of an abundance of caution due to privacy concerns.  Plaintiff reserves the right to file a motion under seal to disclose customer names or other personally identifiable information.

| | | |
|---|---|---|
| 08/21/2021 | $4,293.00 | 10/12/2021 |
| 08/04/2021 | $1,858.50 | 10/12/2021 |
| 06/13/2021 | $1,760.00 | 10/12/2021 |
| 06/13/2021 | $1,205.20 | 10/12/2021 |
| 06/30/2021 | $1,890.00 | 10/12/2021 |
| 09/24/2021 | $2,385.00 | 10/12/2021 |
| 01/13/2021 | $1,475.00 | 10/12/2021 |
| 09/23/2021 | $2,970.00 | 10/12/2021 |
| 07/19/2021 | $2,520.00 | 10/12/2021 |
| 09/16/2021 | $3,537.00 | 10/12/2021 |
| 06/23/2021 | $180.00 | 10/12/2021 |
| 06/15/2021 | $1,537.20 | 10/12/2021 |
| 09/25/2021 | $1,500.00 | 10/12/2021 |
| 02/04/2021 | $2,340.00 | 10/12/2021 |
| 01/23/2021 | $2,210.00 | 10/12/2021 |
| 04/11/2021 | $780.00 | 10/12/2021 |
| 04/11/2021 | $1,494.00 | 10/12/2021 |
| 03/22/2021 | $2,492.10 | 10/12/2021 |
| 07/14/2021 | $2,352.00 | 10/12/2021 |
| 05/18/2021 | $4,779.00 | 10/12/2021 |
| 09/22/2021 | $200.00 | 10/12/2021 |
| 08/22/2021 | $200.00 | 10/12/2021 |
| 07/22/2021 | $200.00 | 10/12/2021 |
| 03/22/2021 | $1,590.00 | 10/12/2021 |
| 08/18/2021 | $1,000.00 | 10/12/2021 |
| 09/25/2021 | $750.00 | 10/12/2021 |
| 08/20/2021 | $1,410.00 | 10/12/2021 |
| 04/20/2021 | $2,655.00 | 10/12/2021 |
| 09/24/2021 | $2,385.00 | 10/12/2021 |
| 09/15/2021 | $2,025.00 | 10/12/2021 |
| 03/25/2021 | $1,410.00 | 10/12/2021 |
| 06/17/2021 | $1,184.40 | 10/12/2021 |
| 08/25/2021 | $2,106.00 | 10/12/2021 |
| 06/17/2021 | $950.00 | 10/12/2021 |
| 09/22/2021 | $1,554.00 | 10/12/2021 |
| 06/24/2021 | $2,106.00 | 10/12/2021 |
| 06/22/2021 | $2,713.20 | 10/12/2021 |
| 07/20/2021 | $2,352.00 | 10/12/2021 |
| 08/13/2021 | $2,340.00 | 10/12/2021 |
| 09/30/2021 | $350.00 | 10/12/2021 |

145607445

| Date | Amount | Date |
|---|---|---|
| 07/13/2021 | $905.00 | 10/12/2021 |
| 04/12/2021 | $422.10 | 10/12/2021 |
| 01/29/2021 | $2,000.00 | 10/12/2021 |
| 02/25/2021 | $1,760.00 | 10/12/2021 |
| 10/14/2020 | $2,655.00 | 10/12/2021 |
| 06/23/2021 | $200.00 | 10/12/2021 |
| 04/23/2020 | $2,380.00 | 10/12/2021 |
| 09/07/2021 | $425.00 | 10/12/2021 |
| 05/10/2021 | $796.50 | 10/12/2021 |
| 09/07/2021 | $1,919.30 | 10/12/2021 |
| 08/02/2021 | $1,605.00 | 10/12/2021 |
| 09/09/2021 | $268.75 | 10/12/2021 |
| 04/02/2021 | $4,293.00 | 10/12/2021 |
| 07/15/2021 | $200.00 | 10/12/2021 |
| 08/15/2021 | $200.00 | 10/12/2021 |
| 12/07/2020 | $1,858.50 | 10/12/2021 |
| 05/15/2021 | $1,590.00 | 10/12/2021 |
| 05/15/2021 | $1,272.00 | 10/12/2021 |
| 08/10/2021 | $3,321.00 | 10/12/2021 |
| 09/16/2021 | $500.00 | 10/12/2021 |
| 09/03/2021 | $90.00 | 10/12/2021 |
| 09/29/2021 | $2,971.35 | 10/12/2021 |
| 09/10/2021 | $2,210.00 | 10/12/2021 |
| 08/27/2021 | $780.00 | 10/12/2021 |
| 08/18/2021 | $1,550.00 | 10/12/2021 |
| 10/7/2020 | $2,340.00 | 10/12/2021 |
| 08/04/2021 | $2,478.00 | 10/12/2021 |
| 03/20/2021 | $1,770.00 | 10/12/2021 |
| 10/06/2021 | $2,520.00 | 10/12/2021 |
| 07/15/2021 | $2,478.00 | 10/12/2021 |
| 06/13/2021 | $780.00 | 10/12/2021 |
| 06/13/2021 | $202.80 | 10/12/2021 |
| 08/20/2021 | $2,340.00 | 10/12/2021 |
| 08/19/2021 | $2,340.00 | 10/12/2021 |
| 08/12/2021 | $1,200.00 | 10/12/2021 |
| 08/01/2021 | $500.00 | 10/13/2021 |
| 07/20/2021 | $3,444.00 | 10/13/2021 |
| 04/27/2021 | $2,520.00 | 10/13/2021 |
| 05/19/2021 | $4,409.10 | 10/13/2021 |
| 07/22/2021 | $495.00 | 10/13/2021 |

145607445

| Date | Amount | Date |
|---|---|---|
| 07/28/2021 | $3,864.00 | 10/13/2021 |
| 07/20/2021 | $3,864.00 | 10/13/2021 |
| 05/10/2021 | $2,520.00 | 10/13/2021 |
| 07/23/2021 | $3,990.00 | 10/13/2021 |
| 05/26/2021 | $160.00 | 10/13/2021 |
| 06/15/2021 | $3,690.00 | 10/13/2021 |
| 07/29/2021 | $3,321.00 | 10/13/2021 |
| 07/02/2021 | $310.05 | 10/13/2021 |
| 05/06/2021 | $4,770.00 | 10/13/2021 |
| 04/15/2021 | $1,650.00 | 10/13/2021 |
| 10/12/2020 | $1,858.50 | 10/13/2021 |
| 06/22/2021 | $4,140.00 | 10/13/2021 |
| 03/22/2021 | $870.00 | 10/14/2021 |
| 06/10/2021 | $3,807.00 | 10/14/2021 |
| 06/19/2021 | $1,453.20 | 10/14/2021 |
| 09/13/2021 | $2,200.00 | 10/14/2021 |
| 09/27/2021 | $200.00 | 10/14/2021 |
| 06/14/2021 | $310.80 | 10/14/2021 |
| 03/10/2021 | $2,520.00 | 10/14/2021 |
| 09/24/2021 | $2,700.00 | 10/14/2021 |
| 06/28/2021 | $1,700.00 | 10/14/2021 |
| 06/28/2021 | $1,689.64 | 10/14/2021 |
| 10/02/2021 | $371.25 | 10/14/2021 |
| 08/02/2021 | $247.50 | 10/14/2021 |
| 09/02/2021 | $247.50 | 10/14/2021 |
| 07/02/2021 | $247.50 | 10/14/2021 |
| 05/02/2021 | $247.50 | 10/14/2021 |
| 06/02/2021 | $247.50 | 10/14/2021 |
| 04/02/2021 | $247.50 | 10/14/2021 |
| 06/16/2021 | $991.20 | 10/14/2021 |
| 01/23/2021 | $2,710.00 | 10/14/2021 |
| 09/08/2021 | $3,060.00 | 10/14/2021 |
| 09/17/2020 | $3,690.00 | 10/14/2021 |
| 12/24/2020 | $2,106.00 | 10/14/2021 |
| 03/26/2021 | $2,250.00 | 10/14/2021 |
| 07/21/2021 | $500.00 | 10/14/2021 |
| 07/12/2021 | $500.00 | 10/14/2021 |
| 08/03/2021 | $985.00 | 10/14/2021 |
| 09/29/2021 | $465.63 | 10/14/2021 |
| 08/28/2021 | $465.63 | 10/14/2021 |

145607445

| | | |
|---|---|---|
| 07/28/2021 | $465.63 | 10/14/2021 |
| 08/26/2021 | $459.58 | 10/15/2021 |
| 07/23/2021 | $1,986.60 | 10/15/2021 |
| 07/18/2021 | $390.00 | 10/15/2021 |
| 08/02/2021 | $500.00 | 10/15/2021 |
| 10/01/2021 | $1,130.00 | 10/15/2021 |
| 09/24/2021 | $1,822.50 | 10/15/2021 |
| 05/18/2021 | $2,655.00 | 10/15/2021 |
| 10/20/2020 | $2,106.00 | 10/15/2021 |
| 06/29/2021 | $2,478.00 | 10/15/2021 |
| 08/20/2021 | $1,225.00 | 10/15/2021 |
| 02/22/2021 | $2,655.00 | 10/15/2021 |
| 04/21/2021 | $2,655.00 | 10/15/2021 |
| 07/24/2021 | $3,679.20 | 10/15/2021 |
| 04/15/2021 | $3,969.00 | 10/15/2021 |
| 04/07/2021 | $1,858.50 | 10/15/2021 |
| 02/12/2021 | $1,035.00 | 10/15/2021 |
| 09/25/2020 | $1,410.00 | 10/15/2021 |
| 07/26/2021 | $1,982.40 | 10/15/2021 |
| 08/19/2021 | $2,478.00 | 10/18/2021 |
| 09/02/2021 | $1,971.00 | 10/18/2021 |
| 03/02/2021 | $2,790.00 | 10/18/2021 |
| 09/09/2021 | $345.00 | 10/18/2021 |
| 06/15/2021 | $627.64 | 10/18/2021 |
| 05/05/2021 | $2,835.00 | 10/18/2021 |
| 02/26/2021 | $3,321.00 | 10/18/2021 |
| 06/15/2021 | $625.60 | 10/18/2021 |
| 09/30/2021 | $1,989.00 | 10/18/2021 |
| 06/04/2021 | $2,655.00 | 10/18/2021 |
| 07/09/2021 | $2,478.00 | 10/18/2021 |
| 08/16/2021 | $700.00 | 10/19/2021 |
| 09/29/2021 | $140.00 | 10/19/2021 |
| 09/24/2021 | $1,000.00 | 10/19/2021 |
| 08/10/2021 | $2,106.00 | 10/19/2021 |
| 10/24/2020 | $1,415.25 | 10/19/2021 |
| 05/13/2021 | $2,520.00 | 10/19/2021 |
| 09/29/2020 | $4,744.58 | 10/19/2021 |
| 09/18/2021 | $2,520.00 | 10/19/2021 |
| 7/17/2021 | $2,478.00 | 10/19/2021 |
| 03/24/2021 | $4,409.10 | 10/19/2021 |

145607445

| Date | Amount | Date |
|---|---|---|
| 07/28/2021 | $2,184.00 | 10/19/2021 |
| 03/18/2021 | $2,106.00 | 10/19/2021 |
| 01/26/2021 | $3,825.00 | 10/19/2021 |
| 06/17/2021 | $2,655.00 | 10/19/2021 |
| 08/20/2021 | $200.00 | 10/19/2021 |
| 09/12/2021 | $235.00 | 10/20/2021 |
| 01/13/2021 | $920.00 | 10/20/2021 |
| 09/25/2021 | $4,500.00 | 10/20/2021 |
| 09/03/2021 | $3,870.00 | 10/20/2021 |
| 06/25/2021 | $2,520.00 | 10/20/2021 |
| 08/21/2021 | $2,106.00 | 10/20/2021 |
| 09/02/2021 | $4,140.00 | 10/20/2021 |
| 05/11/2021 | $700.00 | 10/20/2021 |
| 06/19/2021 | $1,176.00 | 10/20/2021 |
| 09/02/2021 | $3,537.00 | 10/20/2021 |
| 11/04/2020 | $4,779.00 | 10/20/2021 |
| 08/10/2021 | $300.00 | 10/20/2021 |
| 11/21/2020 | $1,620.00 | 10/20/2021 |
| 09/30/2020 | $2,106.00 | 10/20/2021 |
| | | |
| 02/25/2019 | $3,300.00 | 10/20/2021 |
| 08/20/2021 | $3,536.87 | 10/21/2021 |
| 02/01/2021 | $2,507.50 | 10/21/2021 |
| 02/23/2021 | $2,520.00 | 10/21/2021 |
| 08/01/2020 | $1,785.00 | 10/21/2021 |
| 07/23/2021 | $2,639.07 | 10/21/2021 |
| 05/29/2021 | $284.00 | 10/21/2021 |
| 05/16/2020 | $2,550.00 | 10/22/2021 |
| 09/24/2021 | $1,170.00 | 10/22/2021 |
| 2/23/2021 | $1,590.00 | 10/22/2021 |
| 05/18/2021 | $2,862.00 | 10/22/2021 |
| 10/05/2020 | $500.00 | 10/22/2021 |
| 06/13/2021 | $920.00 | 10/22/2021 |
| 06/15/2021 | $218.40 | 10/22/2021 |
| 06/10/2021 | $1,200.00 | 10/22/2021 |
| 09/01/2021 | $284.00 | 10/22/2021 |
| 10/01/2021 | $284.00 | 10/22/2021 |
| 08/01/2021 | $284.00 | 10/22/2021 |
| 05/27/2020 | $1,525.50 | 10/22/2021 |
| 06/13/2021 | $260.00 | 10/22/2021 |

145607445

| Date | Amount | Date |
|---|---|---|
| 05/13/2021 | $260.00 | 10/22/2021 |
| 04/14/2021 | $105.00 | 10/22/2021 |
| 07/20/2021 | $3,400.00 | 10/22/2021 |
| 06/11/2021 | $2,340.00 | 10/25/2021 |
| 08/19/2021 | $1,170.00 | 10/25/2021 |
| 01/29/2021 | $1,290.00 | 10/25/2021 |
| 09/27/2021 | $275.00 | 10/25/2021 |
| 07/16/2021 | $1,565.00 | 10/25/2021 |
| 11/17/2020 | $1,890.00 | 10/25/2021 |
| 08/18/2021 | $380.00 | 10/25/2021 |
| 09/27/2021 | $1,417.50 | 10/25/2021 |
| 05/06/2021 | $2,340.00 | 10/25/2021 |
| 02/24/2021 | $3,600.00 | 10/25/2021 |
| 01/29/2021 | $3,136.50 | 10/25/2021 |
| 08/03/2021 | $500.00 | 10/25/2021 |
| 10/15/2020 | $2,655.00 | 10/25/2021 |
| 03/12/2021 | $3,870.00 | 10/26/2021 |
| 04/06/2021 | $4,455.00 | 10/26/2021 |
| 09/24/2021 | $540.00 | 10/26/2021 |
| 08/12/2021 | $2,655.00 | 10/26/2021 |
| 01/28/2021 | $2,000.00 | 10/26/2021 |
| 09/04/2021 | $500.00 | 10/26/2021 |
| 10/07/2021 | $800.00 | 10/26/2021 |
| 12/18/2020 | $4,409.10 | 10/26/2021 |
| 10/16/2020 | $2,340.00 | 10/26/2021 |
| 05/19/2021 | $2,106.00 | 10/26/2021 |
| 10/09/2020 | $2,050.00 | 10/26/2021 |
| 04/07/2021 | $1,845.00 | 10/26/2021 |
| 10/02/2021 | $1,000.00 | 10/26/2021 |
| 07/01/2021 | $476.00 | 10/26/2021 |
| 09/29/2020 | $4,293.00 | 10/26/2021 |
| 09/21/2020 | $1,440.00 | 10/26/2021 |
| 10/28/2020 | $1,440.00 | 10/26/2021 |
| 10/28/2020 | $1,008.00 | 10/26/2021 |
| 12/12/2020 | $985.00 | 10/26/2021 |
| 09/03/2021 | $500.00 | 10/26/2021 |
| 07/10/2020 | $2,210.00 | 10/26/2021 |
| 06/10/2021 | $2,106.00 | 10/27/2021 |
| 09/04/2021 | $1,800.00 | 10/27/2021 |
| 07/23/2021 | $2,478.00 | 10/27/2021 |

145607445

| Date | Amount | Date |
|---|---|---|
| 09/20/2021 | $3,537.00 | 10/27/2021 |
| 08/31/2021 | $2,000.00 | 10/27/2021 |
| 07/28/2021 | $1,680.00 | 10/27/2021 |
| 07/27/2021 | $2,478.00 | 10/27/2021 |
| 03/08/2021 | $3,690.00 | 10/27/2021 |
| 01/29/2021 | $2,082.08 | 10/27/2021 |
| 09/23/2021 | $2,970.00 | 10/27/2021 |
| 07/20/2021 | $1,885.80 | 10/27/2021 |
| 09/24/2021 | $2,540.03 | 10/27/2021 |
| 09/17/2021 | $500.00 | 10/27/2021 |
| 03/09/2021 | $945.00 | 10/27/2021 |
| 03/27/2021 | $850.50 | 10/27/2021 |
| 08/11/2021 | $780.00 | 10/28/2021 |
| 08/25/2021 | $1,080.00 | 10/28/2021 |
| 08/05/2021 | $500.00 | 10/28/2021 |
| 01/21/2021 | $4,513.50 | 10/28/2021 |
| 07/01/2021 | $284.00 | 10/28/2021 |
| 12/03/2020 | $3,000.00 | 10/28/2021 |
| 09/30/2021 | $1,450.00 | 10/28/2021 |
| 09/01/2020 | $4,607.50 | 10/28/2021 |
| 03/20/2021 | $2,340.00 | 10/28/2021 |
| 09/25/2021 | $3,420.00 | 10/28/2021 |
| 01/15/2021 | $2,507.50 | 10/28/2021 |
| 01/27/2021 | $2,210.00 | 10/28/2021 |
| 08/17/2021 | $2,520.00 | 10/28/2021 |
| 03/01/2021 | $2,655.00 | 10/28/2021 |
| 09/10/2021 | $1,797.75 | 10/28/2021 |
| 06/15/2021 | $2,655.00 | 10/28/2021 |
| 02/04/2021 | $368.75 | 10/29/2021 |
| 03/04/2021 | $368.75 | 10/29/2021 |
| 01/04/2021 | $368.75 | 10/29/2021 |
| 01/22/2021 | $2,670.49 | 10/29/2021 |
| 07/22/2021 | $2,352.00 | 10/29/2021 |
| 07/08/2021 | $500.00 | 10/29/2021 |
| 04/08/2021 | $1,980.00 | 10/29/2021 |
| 02/24/2021 | $1,100.00 | 10/29/2021 |
| 07/13/2021 | $270.00 | 10/29/2021 |
| 01/21/2021 | $2,118.29 | 10/29/2021 |
| 11/25/2020 | $2,520.00 | 10/29/2021 |
| 09/11/2020 | $950.00 | 10/29/2021 |

145607445

| Date | Amount | Date |
|---|---|---|
| 09/10/2021 | $2,875.50 | 10/29/2021 |
| 12/11/2020 | $4,410.00 | 10/29/2021 |
| 02/13/2021 | $2,242.89 | 10/29/2021 |
| 08/18/2021 | $780.00 | 10/29/2021 |
| 03/22/2021 | $260.00 | 10/29/2021 |
| 12/22/2020 | $260.00 | 10/29/2021 |
| 11/22/2020 | $260.00 | 10/29/2021 |
| 09/22/2020 | $260.00 | 10/29/2021 |
| 07/18/2021 | $3,864.00 | 10/29/2021 |
| 07/09/2021 | $2,268.00 | 10/29/2021 |
| 01/22/2021 | $260.00 | 10/29/2021 |
| 02/22/2021 | $260.00 | 10/29/2021 |
| 04/22/2021 | $260.00 | 10/29/2021 |
| 05/22/2021 | $260.00 | 10/29/2021 |
| 06/22/2021 | $260.00 | 10/29/2021 |
| 07/22/2021 | $260.00 | 10/29/2021 |
| 08/22/2021 | $260.00 | 10/29/2021 |
| 09/22/2021 | $260.00 | 10/29/2021 |
| 10/22/2020 | $260.00 | 10/29/2021 |
| 07/02/2021 | $2,352.00 | 10/29/2021 |
| 02/02/2021 | $3,136.50 | 11/01/2021 |
| 09/15/2021 | $295.00 | 11/01/2021 |
| 09/03/2021 | $360.00 | 11/01/2021 |
| 07/04/2021 | $800.00 | 11/01/2021 |
| 10/06/2021 | $935.00 | 11/01/2021 |
| 04/20/2021 | $3,690.00 | 11/01/2021 |
| 10/01/2021 | $520.00 | 11/01/2021 |
| 07/12/2021 | $780.00 | 11/01/2021 |
| 08/20/2021 | $1,858.50 | 11/02/2021 |
| 07/29/2021 | $3,864.00 | 11/02/2021 |
| 12/28/2020 | $1,890.00 | 11/02/2021 |
| 03/18/2021 | $1,883.90 | 11/02/2021 |
| 02/22/2021 | $275.00 | 11/02/2021 |
| 01/22/2021 | $275.00 | 11/02/2021 |
| 12/22/2020 | $275.00 | 11/02/2021 |
| 11/22/2020 | $275.00 | 11/02/2021 |
| 10/22/2020 | $275.00 | 11/02/2021 |
| 09/22/2020 | $181.05 | 11/02/2021 |
| 07/22/2020 | $213.00 | 11/02/2021 |

145607445

| Date | Amount | Date |
|---|---|---|
| 01/04/2021 | $590.00 | 11/02/2021 |
| 05/27/2021 | $2,106.00 | 11/02/2021 |
| 08/22/2020 | $181.05 | 11/02/2021 |
| 07/30/2021 | $2,478.00 | 11/02/2021 |
| 08/05/2021 | $900.00 | 11/03/2021 |
| 06/23/2020 | $4,770.00 | 11/03/2021 |
| 02/09/2021 | $2,520.00 | 11/03/2021 |
| 12/13/2020 | $1,041.25 | 11/04/2021 |
| 04/15/2021 | $1,295.00 | 11/04/2021 |
| 02/24/2021 | $4,050.00 | 11/04/2021 |
| 09/22/2020 | $500.00 | 11/04/2021 |
| 07/22/2021 | $2,352.00 | 11/04/2021 |
| 03/31/2020 | $4,500.00 | 11/04/2021 |
| 06/13/2021 | $655.20 | 11/05/2021 |
| 09/16/2020 | $3,240.00 | 11/05/2021 |
| 06/15/2021 | $214.00 | 11/05/2021 |
| 09/15/2021 | $214.00 | 11/05/2021 |
| 05/15/2021 | $214.00 | 11/05/2021 |
| 07/15/2021 | $214.00 | 11/05/2021 |
| 04/30/2021 | $214.00 | 11/05/2021 |
| 03/19/2021 | $200.00 | 11/05/2021 |
| 08/20/2021 | $214.00 | 11/05/2021 |
| 09/22/2021 | $2,970.00 | 11/05/2021 |
| 01/02/2021 | $2,340.00 | 11/05/2021 |
| 08/18/2021 | $2,106.00 | 11/05/2021 |
| 09/22/2021 | $10,000.00 | 11/05/2021 |
| 08/24/2020 | $4,513.20 | 11/08/2021 |
| 10/17/2020 | $1,755.25 | 11/08/2021 |
| 09/14/2021 | $250.00 | 11/08/2021 |
| 09/30/2021 | $1,095.00 | 11/08/2021 |
| 07/23/2021 | $500.00 | 11/09/2021 |
| 09/10/2021 | $250.00 | 11/09/2021 |
| 04/19/2021 | $2,520.00 | 11/09/2021 |
| 08/12/2021 | $780.00 | 11/09/2021 |
| 07/24/2021 | $1,734.60 | 11/09/2021 |
| 08/31/2021 | $2,683.80 | 11/09/2021 |
| 07/21/2021 | $2,268.00 | 11/09/2021 |
| 01/12/2021 | $2,907.00 | 11/09/2021 |
| 12/30/2020 | $3,078.00 | 11/09/2021 |
| 08/30/2021 | $300.00 | 11/09/2021 |

145607445

| Date | Amount | Date |
|---|---|---|
| 06/30/2021 | $300.00 | 11/09/2021 |
| 07/30/2021 | $300.00 | 11/09/2021 |
| 08/25/2020 | $3,485.00 | 11/10/2021 |
| 09/24/2021 | $4,509.00 | 11/10/2021 |
| 07/08/2020 | $4,675.00 | 11/10/2021 |
| 01/28/2021 | $4,513.50 | 11/11/2021 |
| 07/11/2021 | $275.00 | 11/11/2021 |
| 05/29/2021 | $130.00 | 11/11/2021 |
| 06/14/2021 | $550.00 | 11/11/2021 |
| 04/17/2021 | $130.00 | 11/11/2021 |
| 01/20/2021 | $500.00 | 11/11/2021 |
| 01/13/2021 | -$920.00 | 11/11/2021 |
| 12/21/2020 | $2,340.00 | 11/11/2021 |
| 02/25/2021 | $4,293.00 | 11/12/2021 |
| 07/09/2020 | $258.00 | 11/12/2021 |
| 09/16/2021 | $700.00 | 11/12/2021 |
| 04/21/2021 | $2,106.00 | 11/12/2021 |
| 11/10/2020 | $1,701.00 | 11/12/2021 |
| 06/10/2020 | $2,520.00 | 11/12/2021 |
| 11/01/2020 | $714.00 | 11/12/2021 |
| 11/01/2020 | $1,564.00 | 11/12/2021 |
| 06/23/2021 | $4,140.00 | 11/15/2021 |
| 09/01/2021 | $4,226.99 | 11/16/2021 |
| 09/16/2021 | $730.00 | 11/16/2021 |
| 07/01/2020 | $4,165.00 | 11/16/2021 |
| 02/01/2021 | $2,465.00 | 11/16/2021 |
| 10/19/2020 | $420.00 | 11/16/2021 |
| 06/03/2019 | $1,850.00 | 11/17/2021 |
| 12/17/2020 | $2,106.00 | 11/17/2021 |
| 03/12/2021 | $2,106.00 | 11/18/2021 |
| 09/24/2021 | $1,050.00 | 11/18/2021 |
| 05/26/2021 | $2,340.00 | 11/18/2021 |
| 08/15/2021 | $295.00 | 11/18/2021 |
| 08/27/2020 | $2,006.00 | 11/18/2021 |
| 06/17/2020 | $150.00 | 11/19/2021 |
| 07/27/2021 | $3,024.00 | 11/19/2021 |
| 08/17/2020 | $150.00 | 11/19/2021 |
| 07/17/2020 | $150.00 | 11/19/2021 |
| 10/17/2020 | $150.00 | 11/19/2021 |
| 09/17/2020 | $150.00 | 11/19/2021 |

145607445

| | | |
|---|---|---|
| 12/17/2020 | $150.00 | 11/19/2021 |
| 11/17/2020 | $150.00 | 11/19/2021 |
| 02/17/2021 | $150.00 | 11/19/2021 |
| 01/17/2021 | $150.00 | 11/19/2021 |
| 06/18/2020 | $500.00 | 11/19/2021 |
| 09/10/2021 | $2,348.33 | 11/19/2021 |
| 10/21/2020 | $3,010.00 | 11/19/2021 |
| 09/17/2021 | $5,283.90 | 11/22/2021 |
| 04/02/2021 | $1,035.00 | 11/23/2021 |
| 02/02/2021 | $1,500.00 | 11/23/2021 |
| 03/12/2021 | $1,745.00 | 11/23/2021 |
| 01/26/2021 | $1,967.75 | 11/23/2021 |
| 08/23/2021 | $2,106.00 | 11/24/2021 |
| 04/08/2021 | $2,389.50 | 11/24/2021 |
| 07/15/2021 | $756.00 | 11/24/2021 |
| 09/10/2021 | $387.50 | 11/26/2021 |
| 07/23/2021 | $300.00 | 11/26/2021 |
| 06/11/2021 | $780.00 | 11/26/2021 |
| 06/17/2021 | $245.76 | 11/29/2021 |
| 06/16/2021 | $350.00 | 11/29/2021 |
| 08/11/2021 | $91.27 | 11/29/2021 |
| 02/13/2021 | $2,340.00 | 11/29/2021 |
| 05/10/2021 | $2,867.40 | 11/29/2021 |
| | | |
| 10/20/2020 | $1,550.00 | 12/01/2021 |
| 04/24/2021 | $742.50 | 12/01/2021 |
| 10/04/2021 | $3,537.00 | 12/01/2021 |
| 08/04/2021 | $4,455.00 | 12/01/2021 |
| 08/12/2021 | $235.00 | 12/02/2021 |
| 03/24/2021 | $4,770.00 | 12/02/2021 |
| 09/10/2021 | $663.00 | 12/02/2021 |
| 06/24/2020 | $2,106.00 | 12/02/2021 |
| 04/18/2021 | $2,364.00 | 12/03/2021 |
| 12/03/2020 | $125.00 | 12/03/2021 |
| 10/07/2021 | $1,600.00 | 12/06/2021 |
| 09/10/2021 | $2,106.00 | 12/06/2021 |
| 09/20/2021 | $200.00 | 12/06/2021 |
| 10/20/2020 | $1,085.00 | 12/08/2021 |
| 09/11/2021 | $800.00 | 12/08/2021 |
| 06/19/2020 | $2,700.00 | 12/09/2021 |

145607445

| | | |
|---|---|---|
| 04/20/2021 | $2,430.00 | 12/09/2021 |
| 03/24/2021 | $100.00 | 12/09/2021 |
| 08/27/2021 | $100.00 | 12/09/2021 |
| 04/23/2021 | $2,340.00 | 12/10/2021 |
| 10/23/2020 | $1,475.00 | 12/10/2021 |
| 09/28/2021 | $3,420.00 | 12/10/2021 |
| 01/27/2021 | $2,507.50 | 12/10/2021 |
| 08/26/2021 | $291.10 | 12/10/2021 |
| 09/26/2021 | $291.10 | 12/10/2021 |
| 02/28/2021 | $1,858.50 | 12/13/2021 |
| 07/14/2021 | $530.40 | 12/13/2021 |
| 07/14/2021 | $780.00 | 12/13/2021 |
| 08/09/2021 | $3,240.00 | 12/13/2021 |
| 09/15/2021 | $2,754.00 | 12/13/2021 |
| 08/31/2020 | $3,807.00 | 12/13/2021 |
| 01/02/2021 | $2,520.00 | 12/15/2021 |
| 07/29/2021 | $935.00 | 12/16/2021 |
| 09/21/2020 | $2,106.00 | 12/16/2021 |
| 08/25/2021 | $540.00 | 12/17/2021 |
| 06/14/2021 | $2,267.87 | 12/17/2021 |
| 06/07/2021 | $2,520.00 | 12/20/2021 |
| 07/16/2021 | $2,184.00 | 12/20/2021 |
| 09/06/2021 | $888.29 | 12/20/2021 |
| 09/30/2020 | $3,960.00 | 12/20/2021 |
| 06/25/2021 | $400.00 | 12/21/2021 |
| 10/12/2020 | $249.21 | 12/21/2021 |
| 11/09/2020 | $142.00 | 12/21/2021 |
| 09/26/2021 | $190.00 | 12/22/2021 |
| 03/25/2021 | $780.00 | 12/22/2021 |
| 07/30/2021 | $2,385.00 | 12/28/2021 |
| 11/18/2020 | $1,593.00 | 12/29/2021 |
| 08/23/2021 | $260.00 | 12/30/2021 |
| 04/02/2021 | $1,260.00 | 12/30/2021 |
| 01/28/2021 | $1,440.00 | 12/30/2021 |
| 04/09/2021 | $740.00 | 01/04/2022 |
| 02/23/2019 | $5,795.00 | 01/04/2022 |
| 09/25/2021 | $2,385.00 | 01/05/2022 |
| 03/31/2021 | $2,106.00 | 01/06/2022 |
| 09/27/2021 | $190.00 | 01/06/2022 |

13

145607445

| | | |
|---|---|---|
| 01/09/2021 | $4,513.50 | 01/07/2022 |
| 12/12/2020 | $1,572.50 | 01/07/2022 |
| 1/27/2021 | $280.00 | 01/10/2022 |
| 2/27/2021 | $280.00 | 01/10/2022 |
| 04/16/2021 | $156.00 | 01/12/2022 |
| 07/20/2021 | $4,452.00 | 01/13/2022 |
| 09/01/2021 | $105.00 | 01/13/2022 |
| 08/01/2021 | $105.00 | 01/13/2022 |
| 07/01/2021 | $105.00 | 01/13/2022 |
| 06/01/2021 | $105.00 | 01/13/2022 |
| 05/01/2021 | $105.00 | 01/13/2022 |
| 04/25/2021 | $1,593.00 | 01/18/2022 |
| 01/26/2021 | $4,073.63 | 01/18/2022 |
| 09/24/2020 | $1,500.00 | 01/24/2022 |
| 06/03/2021 | $195.00 | 01/24/2022 |
| 05/03/2021 | $195.00 | 01/24/2022 |
| 04/03/2021 | $195.00 | 01/24/2022 |
| 03/03/2021 | $195.00 | 01/24/2022 |
| 09/27/2021 | $280.00 | 01/25/2022 |
| 08/27/2021 | $280.00 | 01/25/2022 |
| 07/27/2021 | $280.00 | 01/25/2022 |
| 03/27/2021 | $280.00 | 01/25/2022 |
| 04/27/2021 | $280.00 | 01/25/2022 |
| 06/27/2021 | $280.00 | 01/25/2022 |
| 05/27/2021 | $280.00 | 01/25/2022 |
| 01/15/2021 | $112.50 | 01/25/2022 |
| 12/15/2020 | $112.50 | 01/25/2022 |
| 09/21/2020 | $112.50 | 01/25/2022 |
| 10/15/2020 | $112.50 | 01/25/2022 |
| 11/15/2020 | $112.50 | 01/25/2022 |
| 12/31/2020 | $4,455.00 | 01/26/2022 |
| 10/03/2021 | $2,050.00 | 02/01/2022 |
| 08/26/2020 | $2,507.50 | 02/01/2022 |
| 01/03/2021 | $2,106.00 | 02/07/2022 |
| 08/20/2021 | $200.00 | 02/08/2022 |
| 07/21/2021 | $200.00 | 02/08/2022 |
| 09/20/2021 | $200.00 | 02/08/2022 |
| 03/10/2021 | $450.00 | 02/11/2022 |

145607445

| | | |
|---|---|---|
| 09/07/2021 | $2,385.00 | 03/24/22 |
| 07/14/2021 | $2,093.36 | 05/24/22 |
| 08/27/2021 | $1,200.00 | 05/26/22 |
| 04/21/2021 | $1,200.00 | 06/03/22 |
| 09/10/2021 | $1,470.50 | 09/08/22 |

**Total October 2021- September 2022**       552    $934,046.85
**Unfunded Chargebacks**

15

145607445