# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re:<br><br>Jack A. Glasser,<br>                      Debtor. | **Bankruptcy No.: 22-30244**<br><br>**Chapter 7** |
| Messiahic, Inc.<br>d/b/a PayJunction,<br>                      Plaintiff,<br>   vs.<br>Jack A. Glasser,<br>                      Defendant. | **Adversary No. 23-07006** |

## STIPULATION TO ALLOW FOR DEPOSITION

Plaintiff Messiahic, Inc. d/b/a PayJunction ("Plaintiff" or "PayJunction") and Defendant Jack A. Glasser ("Glasser"), by and through their undersigned counsel, and pursuant to Federal Rule of Civil Procedure Rule 6, hereby stipulate and agree, out of an abundance of caution, to allow for the deposition of Glasser, after the discovery related deadline of March 1, 2024. As grounds for this Motion, the parties state as follows:

**1.** Plaintiff initiated this adversary proceeding on May 12, 2023 (Dkt. 1.)

**2.** This Court entered a Scheduling and Discovery Order on July 25, 2023. (Dkt. 10.)

**3.** Over the last six months the parties have been engaging in written discovery and document production but have also engaged in settlement discussions. During these discussions, discovery became a lower priority. As part of this process, the parties have agreed to extensions of time to respond to written discovery and to resolve issues related to document productions.

**4.** Given that settlement discussions have not resolved the case, Plaintiff served a deposition notice on Glasser prior to March 1, 2024, but the parties have not yet agreed upon dates for the deposition to occur, though it is anticipated that dates will be agreed upon in the near future.

**5.**     Defendant has agreed to the scheduling of a deposition, provided that the deposition be conducted via Zoom rather than in person. Plaintiff has agreed to the request, and the parties are in the process of scheduling the deposition of Glasser.

**6.**     Accordingly, the parties request Court approval for this agreement to depose Glasser before the end of April 2024.

**7.**     The granting of this Motion would not affect any of the other deadlines in this case.

**8.**     Pursuant to the federal rules and rules of this Court, the parties have met and conferred and are in agreement to this arrangement to complete depositions.

**9.**     The parties have not previously requested the relief herein and this request is made in good faith and not for purposes of delay.

**WHEREFORE,** the parties respectfully request the Court grant their request to be allowed to complete the deposition of Glasser before the end of April 2024, at a date and time agreeable by the parties. This stipulated motion is brought in good faith and not for purposes of delay. This stipulated motion is without prejudice to the parties' rights to request further extensions.

Dated: March 1, 2024            */s/Berly D. Nelson*
                                Berly D. Nelson (ND #05903)
                                SERKLAND LAW FIRM
                                10 Roberts Street North
                                Fargo, ND 58102-4982
                                Phone: 701.232.8957
                                bnelson@serklandlaw.com

                                */s/Robert F. Elgidely*
                                Robert F. Elgidely (pro hac vice)
                                FOX ROTHSCHILD LLP
                                2 South Biscayne Boulevard, Suite 2750
                                Miami, Florida, 33131
                                Phone: 305.442.6543
                                RElgidely@foxrothschild.com
                                ***Attorneys For Plaintiff***
                                ***Messiahic, Inc. d/b/a PayJunction***

2

Dated: March 7, 2024 /s/ *Timothy O'Keeffe*
Timothy O'Keeffe (ND # 05636)
O'KEEFFE O'BRIEN LYSON LTD.
720 Main Avenue
Fargo, ND 58103
Phone: 701.235.8000
tim@okeeffeattorneys.com
***Attorney for Defendant***

3