UNITED STATES BANKRUPTCY COURT

DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re:<br><br>Jack A. Glasser,<br><br>Debtor. | Case No: BK-22-30244<br><br>Chapter 7 |
| Messiahic, Inc. d/b/a PayJunction,<br><br>Plaintiff,<br>vs.<br><br>Jack A. Glasser,<br><br>Defendant. | Adversary Proceeding No. 23-07006 |

### AFFIDAVIT OF TIMOTHY O'KEEFFE

STATE OF NORTH DAKOTA   )
                        ) SS
COUNTY OF CASS          )

Timothy M. O'Keeffe, being duly sworn under oath, states and alleges as follows:

1. That affiant is the attorney for Debtor/Defendant, Jack A. Glasser in the above-entitled action. This affidavit is based on your affiant's personal knowledge, information and belief.
2. Attached hereto as Exhibit 1 is a true and correct copy of the Plaintiff's Response to Defendant's First Set of Interrogatories.
3. Attached hereto as Exhibit 2 is a true and correct copy of the United States District Court for the Middle District of Georgia, Columbus Division's Order Granting Plaintiff PayJunction's Motion for Entry of Default Judgment in the matter of *Messiahic, Inc. d/b/a PayJunction vs. Glasser Images, LLC and Jack Glasser, Case No. 4:21-cv-204-CDL.*

1

FURTHER THIS AFFIANT SAYETH NOT.

Dated this 30th day of April, 2024.

O'KEEFFE O'BRIEN LYSON LTD.

*/s/ Timothy M O'Keeffe*
Timothy O'Keeffe (ND ID. #05636)
720 Main Avenue
Fargo, ND 58103
Phone: (701) 235-8000
Fax: (701) 235-8023
tim@okeeffeattorneys.com
Attorney for Defendant

Subscribed and sworn before me this 30th day of April, 2024.

**KAYLA J PETERSON**
**Notary Public**
**State of North Dakota**
**My Commission Expires Dec 23, 2026**
(SEAL)

*/s/ Kayla J Peterson*
Notary Public
County of Cass, State of North Dakota
My Commission Expires: 12/23/2026