# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re:<br><br>Jack A. Glasser,<br>                       Debtor. | **Bankruptcy No.: 22-30244**<br><br>**Chapter 7** |
| Messiahic, Inc.<br>d/b/a PayJunction,<br><br>                       Plaintiff,<br>   vs.<br><br>Jack A. Glasser,<br><br>                       Defendant. | **Adversary No. 23-07006** |

## MOTION TO SEAL EXHIBITS

**[¶1]** Plaintiff, Messiahic, Inc. d/b/a PayJunction ("PayJunction"), hereby moves the Court Pursuant to Local Rules of Bankruptcy Rule 5005-3, 11 U.S.C. § 107, Bankruptcy Rule 9018, and Bankruptcy Rule 9037, to seal documents in the above captioned case. PayJunction respectfully requests the Court grant its Motion to Seal Exhibits.

**[¶2]** Plaintiff moves the Court to seal two exhibits: (1) PayJunction's spreadsheet of chargebacks to customer accounts (Exhibit 4 to PayJunction's Mathew Odirakallumkal's Declaration); and (2) the North Dakota Attorney General's spreadsheet of restitution victims covered by Defendant's previous State Action 08-2022-CV-00969 and the Judgment of Non-Dischargeability in Bankruptcy Adv. Proc. No. 22-07011 entered on February 17, 2023. (Exhibit A to Attorney General Investigator Crystal Kraft's Declaration).

**[¶3]** The exhibits requested to be sealed include Glasser Images, LCC, customer lists as well as information that is confidential and commercially sensitive by PayJunction that should be afforded protection from public disclosure.

**[¶4]** This motion is supported by the accompanying Memorandum in Support of Motion to Seal Exhibits, Proposed Order to Seal Exhibits, pleadings, and all other matters of record.

**[¶5]** **WHEREFORE,** the Plaintiff respectfully requests the Court grant its Motion to Seal Exhibits.

Dated: April 30, 2024

/s/Berly D. Nelson
Berly D. Nelson (ND #05903)
SERKLAND LAW FIRM
10 Roberts Street North
Fargo, ND 58102-4982
Phone: 701.232.8957
Fax: 701.237.4049
bnelson@serklandlaw.com

/s/ Robert F. Elgidely
Robert F. Elgidely (pro hac vice)
Fox Rothschild LLP
2 South Biscayne Boulevard, Suite 2750
Miami, Florida, 33131
Phone: (305) 442-6543
Fax: (305) 442-6541
RElgidely@foxrothschild.com

*Attorneys For Plaintiff*
*Messiahic, Inc. d/b/a PayJunction*