UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| In Re:<br><br>Jack A. Glasser,<br><br>　　　　　　　Debtor. | Bankruptcy No.: 22-30244<br><br>Chapter 7 |
|---|---|
| Messiahic, Inc.<br>d/b/a PayJunction,<br><br>　　　　　　　Plaintiff,<br>vs.<br><br>Jack A. Glasser,<br><br>　　　　　　　Defendant. | Adversary No. 23-07006 |

## DECLARATION OF AUTHENTICITY OF BUSINESS RECORDS

[¶1]    I, the undersigned, Crystal Kraft, declare that:

[¶2]    I am employed as an Investigator for the Office of the Attorney General of North Dakota (the "Attorney General"). As a result of my position, I am familiar with the Attorney General's system for maintaining business records. These business records include documents which are discovered and/or prepared as part of investigations undertaken by the Attorney General of North Dakota which are held by the Attorney General in the ordinary course of business.

[¶3]    I am familiar with the spreadsheet attached hereto as **Exhibit A**, which was prepared by the Attorney General as part of its investigation into consumer fraud claims against Glasser Images, LLC, Jack Glasser, and Jace Schacher. **Exhibit A** is a true, accurate, and complete copy of said spreadsheet which is in the custody, possession, and control of the Attorney General.

[¶4]    **Exhibit A** is a list of restitution victims of Glasser Images, LLC, Jack Glasser, and Jace Schacher who were covered by (a) the consent Judgment entered on January 27, 2023 by the

157809141.1

State of North Dakota District Court, South Central Judicial District in an action entitled *State of North Dakota Ex Rel. Drew H. Wrigley, Attorney General v. Glasser Images, LLC, Jack Glasser, and Jace Schacher*, obtained in Court File 08-2022-CV-00969 (the "Consent Judgment"), and (b) the judgment of nondischargeability against defendant Jack A. Glasser under U.S.C. §§ 523(a)(2)(A) and 523(a)(7) entered by the Bankruptcy Court on February 17, 2023 in the Adversary Proceeding entitled *State of North Dakota ex rel. Drew H. Wrigley, Attorney General, v. Jack A. Glasser*, Adv. No. 22-07011 [Docket No. 12] (the "Nondischargeability Judgment").

[¶5]   I further certify that the spreadsheet which is **Exhibit A** was made at or near the time of the Attorney General's investigation into Glasser Images, LLC, Jack Glasser, and Jace Schacher; was prepared by a person with knowledge of the matter; kept in the course of regularly conducted business activity; and made by the regularly conducted business activity as a regular practice.

[¶6]   I certify under penalty of perjury under the laws of the United States of America that the forgoing is true and correct to the best of my knowledge.

Dated this 29th day of April, 2024.

_____
Crystal Kraft

2

157809141.1