(12/11)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

## WITNESS LIST

Bankruptcy Case Name: In Re: Jack A. Glasser
Bankruptcy Case No: 22-30244
Chapter 7

Contested Matter (__)
Adversary Proceeding No: 23-07006
Adversary Proceeding Title: Messiahic Inc. d/b/a PayJunction vs. Jack A Glasser

Witness(es) to be called by: Defendant

| NAME & ADDRESS | Will/ May Call | SYNOPSIS OF TESTIMONY |
|---|---|---|
| Jack Glasser<br>c/o O'Keeffe O'Brien Lyson Ltd.<br>720 Main Ave.<br>Fargo, ND 58103 | Will | Testimony regarding the ownership and business management of Glasser Images, as well as the role of employee Jace Schacher. Testimony regarding the personal relationship finances of Jack Glasser and Jace Schacher. Testimony regarding customer, independent contractor and other third-party interactions following the closure of Glasser Images. |
| Jace Schacher<br>c/o O'Keeffe O'Brien Lyson Ltd.<br>720 Main Ave.<br>Fargo, ND 58103 | Will | Testimony regarding job duties of Jace Schacher with regard to his employment with Glasser Images. Testimony regarding his work with ShootProof following the closure of Glasser Images. Testimony in regard to the personal relationship finances of Jack Glasser and Jace Schacher |
| Mathew Odirakallumkal<br>c/o Fox Rothschild LLP<br>10250 Constellation Blvd., Ste. 900<br>Los Angeles, CA 90067 | May | Business operations of PayJunction. Merchant Application and Terms & Conditions thereto, pertaining to the business relationship between Glasser Images and PayJunction. Correspondence with Jack Glasser following the closure of Glasser Images. |
|  |  |  |
|  |  |  |
|  |  |  |

Use Additional Sheet(s) For Additional Witnesses