(12/11)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

## DEFENDANT'S EXHIBIT LIST

Bankruptcy Case No: 22-30244         Bankruptcy Case Title: In Re: Jack A. Glasser
Adversary Case No: 23-07006          Adversary Case Title: Messiahic, Inc. v. Jack Glasser

| EX. NO. | DATE | WITNESS | DESCRIPTION | WILL OR MAY | * STIPULATED | OFFERED | § OBJECTION | RESERVED | OVERRULED | SUSTAINED | WITHDRAWN | RECEIVED |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D-101 | | M. Odirakallumkal or J. Glasser | Merchant Application - Cut because of overlap | M | X | | | | | | | |
| D-102 | | M. Odirakallumkal or J. Glasser | Terms & Conditions of Merchant Application | M | X | | - Cut because of overlap | | | | | |
| D-103 | | M. Odirakallumkal or J. Glasser | Instructions: How to view/respond to chargebacks | M | X | | | | | | | |
| D-104 | | M. Odirakallumkal or J. Glasser | Instructions: How to dispute chargebacks | M | X | | | | | | | |
| D-105 | | J. Glasser or J. Schacher | ShootProof Timeline - Client Updates | M | | | Fed. R. Evid. 801/802 | | | | | |
| D-106 | | M. Odirakallumkal or J. Glasser | Example Chargeback Notice | M | X | | | | | | | |

\* - O - Original Record & Authenticity Only
\* - A - Admitted into Evidence for all purposes
§ - Federal Rule of Evidence Rule Number

Irregular Exhibits: _____