UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| In Re:<br><br>Jack A. Glasser,<br><br>　　　　　　Debtor. | Bankruptcy No.: 22-30244<br><br>Chapter 7 |
|---|---|
| Messiahic, Inc.<br>d/b/a PayJunction,<br><br>　　　　　　Plaintiff,<br>vs.<br><br>Jack A. Glasser,<br><br>　　　　　　Defendant. | Adversary No. 23-07006 |

**PAYJUNCTION'S LIST OF WITNESSES – FOR A CONTESTED MATTER**

**[¶1]**　　Plaintiff, Messiahic, Inc., d/b/a PayJunction ("PayJunction" or "Plaintiff") by and through the undersigned counsel respectfully files the following list of witnesses, in accordance with the amended final pretrial order. See (Doc. 17 at pg. 2, 4-5, 8-9).

| NAME & ADDRESS | WILL/MAY CALL | SYNOPSIS OF TESTIMONY |
|---|---|---|
| Mathew Odirakallumkal<br><br>c/o Fox Rothschild LLP 10250 Constellation Blvd., Ste. 900 Los Angeles, CA 90067 | May | Mr. Odirakallumkal will testify about PayJunction's payment processing platform, Merchant Agreement and T&Cs, chargeback process, and efforts to obtain Glasser and Glasser Images' compliance with its legal obligations to provide information necessary to dispute chargeback claims under the Merchant Agreement and the Georgia District Court Judgment. |
| Eric Wernicke<br><br>c/o Fox Rothschild LLP 10250 Constellation Blvd., Ste. 900 Los Angeles, CA 90067 | Will | Mr. Wernicke will testify about PayJunction's payment processing platform, Merchant Agreement and T&Cs, chargeback process, and efforts to obtain Glasser and Glasser Images' compliance with its legal obligations to provide information necessary to dispute |

| | | |
|---|---|---|
| | | chargeback claims under the Merchant Agreement and the Georgia District Court Judgment |
| Sierra Hall<br><br>2300 46th Ave SE Apartment #317, Mandan, ND 58554 | Will | As Glasser Images' former in-house accountant, Ms. Hall will testify about Glasser Images' business operations, financial performance including cash flow issues and difficulties funding operations and paying employees and independent contractors, etc., and Glasser and Schacher's practice of using company credit cards, borrowing funds, and submitting personal expenses. |
| Steve Zottnick<br><br>401 N. 4th Street, Bismarck, ND 58501 | May | Mr. Zottnick may testify about Glasser Images' and Glasser's banking relationship with Bravera Bank including Glasser Images' financial performance and cash flow issues and Bravera Bank's denial of a loan. |
| Chad Johnson<br><br>603 Parker Ranch Road, Bismarck, ND 58503 | May | Mr. Johnson may testify about Glasser Images' and Glasser's banking relationship with First Western Bank including Glasser Images' financial performance and cash flow issues. |
| Stephanie Thorp<br><br>840 43rd Ave NE, Suite 100, Bismarck, ND 58503 | May | Ms. Thorp will testify about Glasser and Glasser Images' financial problems, an IRS tax audit, Glasser's practice of taking loans from Glasser Images instead of distributions, and Glasser's and Schacher's practice of running personal expenses through the company. |
| Toby Kommer<br><br>5195 45th Street South, Fargo, ND 58104 | May | Mr. Kommer will testify about Glasser and Glasser Images' financial problems and other items mentioned in the complaint. |
| Anna Helmstetler<br><br>4404 10th Street West, West Fargo, ND 58078 | Will | Ms. Helmstetler will testify about her experience with Glasser Images as a customer, the closure of Glasser Images, and her perspective with the chargeback process. |
| Brodie Cundy<br><br>1001 Second Street West, Eveleth, MN 55734 | Will | Mr. Cundy will testify about his experience with Glasser Images as a customer, the closure of Glasser Images, and her perspective with the chargeback process. |
| Josh Stenerson<br><br>2742 Cobbelstone Ct S, | Will | Mr. Stenerson will testify about his experience with Glasser Images as a customer, the closure of Glasser Images, |

| | | |
|---|---|---|
| Fargo, ND 58103 or<br>4828 9th Ave S, Fargo, ND 58103 | | and his perspective with the chargeback process. |
| Joessa Giesen<br><br>2742 Cobbelstone Ct S, Fargo, ND 58103 or<br>4828 9th Ave S, Fargo, ND 58103 | May | Ms. Giesen will testify about her experience with Glasser Images as a customer, the closure of Glasser Images, and her perspective with the chargeback process. |
| McLauryn Alexander<br><br>800 Custer Dr.<br>Mandan, ND 58554 | May | Ms. Alexander will testify about signing customers, Glasser Images' financial difficulties and loans. |
| Crystal Kraft<br><br>1720 Burlington Drive, Suite C, Bismarck, ND 58504 | May | Ms. Kraft will testify about the Attorney General's investigation process and their restitution list of victims. |
| Angelina Campanale<br><br>507 East St, Bottineau, ND 58318 | May | Ms. Campanale will testify about her experience with Glasser Images as a customer, the closure of Glasser Images, and her perspective with the chargeback process. |
| Jennifer Landphere<br><br>3760 14th St W, West Fargo, ND 58078 | May | Ms. Landphere will testify about her experience with Glasser Images as a customer, the closure of Glasser Images, and her perspective with the chargeback process. |
| Patty Fresonke-Twigg<br><br>Moorehead, MN | May | Ms. Twigg will testify about her experience with Glasser Images as a customer, the closure of Glasser Images, and her perspective with the chargeback process. |
| Katy Thomas<br><br>1307 30th Ave W<br>West Fargo, ND 58078 | May | Ms. Thomas will testify about her experience with Glasser Images as a customer, the closure of Glasser Images, and her perspective with the chargeback process. |
| Jack Glasser<br><br>c/o O'Keeffe O'Brien Lyson Ltd. 720 Main Ave. Fargo, ND 58103 | Will | Mr. Glasser will testify about the facts and circumstances of the transactions as well as the claims and defenses of the actions. |
| Jace Schacher<br>c/o O'Keeffe O'Brien Lyson Ltd. 720 Main Ave. Fargo, ND 58103 | Will | Mr. Schacher will testify about the facts and circumstances of the transactions as well as the claims and defenses of the actions. |

3

Dated: May 27, 2024

/s/Berly D. Nelson
Berly D. Nelson (ND #05903)
SERKLAND LAW FIRM
10 Roberts Street North
Fargo, ND 58102-4982
Phone: 701.232.8957
Fax: 701.237.4049
bnelson@serklandlaw.com

/s/ Robert F. Elgidely
Robert F. Elgidely (pro hac vice)
Fox Rothschild LLP
2 South Biscayne Boulevard, Suite 2750
Miami, Florida, 33131
Phone: (305) 442-6543
Fax: (305) 442-6541
RElgidely@foxrothschild.com

**Attorneys For Plaintiff**
***Messiahic, Inc. d/b/a PayJunction***

4