## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NORTH DAKOTA

**EXHIBIT LIST**

Bankruptcy Case No: 22-30244

Bankruptcy Case Title: In Re: Jack A. Glasser

Adversary Case No: 23-07006

Adversary Case Title: Messiahic, Inc. v. Glasser

| Exhibit No. | Date | Witness | Description | Will / May | Stipulated | Offered | Objection | Reserved | Overruled | Sustained | Withdrawn | Received |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 201 | | Mathew Odirakallumkal or Jack Glasser | Merchant Application b/w Plaintiff, Glasser Images LLC, and Jack Glasser with Guaranty dated Dec. 4, 2017 | Will | O | | | | | | | |
| 202 | | Mathew Odirakallumkal | PayJunction Terms and Conditions of Merchant Application | Will | O | | | | | | | |
| 203 | | Mathew Odirakallumkal | Visa's Dispute Management Guidelines for Visa Merchants | May | O | | | | | | | |
| 204 | | Mathew Odirakallumkal | Page Vault of American Express TPP Disputes | May | O | | | | | | | |
| 205 | | Mathew Odirakallumkal | Page Vault of MasterCard Re: | May | O | | | | | | | |

158858522.1

| | | | Merchants Disputing Credit Card Chargebacks | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 206 | | Mathew Odirakallumkal | Page Vault of Discover Card Re: Fraud Prevention Best Practices | May | O | | | | | | | |
| 207 | | Mathew Odirakallumkal | Discover Card Dispute Rules Manual | May | O | | | | | | | |
| 208 | | Mathew Odirakallumkal | American Express TPP Disputes Reference Guide | May | O | | | | | | | |
| 209 | | Mathew Odirakallumkal | Visa Chargeback Management Guidelines | May | O | | | | | | | |
| 210 | | Mathew Odirakallumkal | Mastercard Chargeback Guide | May | O | | | | | | | |
| 211 | | Mathew Odirakallumkal | Attorney General Restitution List / Charge Backs Paid To Restitution Victims | May | O | | | | | | | |

| 212 | | Mathew Odirakallumkal | Chargeback Letter - Example 1 | Will | O | | | | | | | |
| 213 | | Mathew Odirakallumkal | Chargeback Letter - Example 2 | Will | O | | | | | | | |
| 214 | | Mathew Odirakallumkal | Chargeback Letter - Example 3 | Will | O | | | | | | | |
| 215 | | Mathew Odirakallumkal | Chargeback Letter - Example 4 | Will | O | | | | | | | |
| 216 | | Mathew Odirakallumkal | E-mail thread between K. Owens and T. O'Brien et al. from Oct. 20, 2021 to Oct. 30, 2021, Re: Chargeback Issues | May | | Fed. R. Evid. 403 | | | | | | |
| 217 | | Jack Glasser | Oct. 14, 2021, Letter From K. Owens to J. Glasser Re: Notice of Default and Demand for Payment | Will | O | | | | | | | |
| 218 | | Jack Glasser | Oct. 14, 2021, Letter From K. Owens to Glasser Images, LLC Re: Termination | Will | O | | | | | | | |

| | | | of Merchant Services Agreement. | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 219 | | Mathew Odirakallumkal or Jack Glasser | Oct. 19-27, 2021, PayJunction Merchant Account Messages to and from Glasser Images | May | | Fed. R. Evid. 403 | | | | | |
| 220 | | Mathew Odirakallumkal | E-mail from K. Owens to T. O'Brien et al. on Nov. 4, 2021 Re: Chargebacks and related issues. | May | | Fed. R. Evid. 403 | | | | | |
| 221 | | | Verified Complaint, filed on Nov 12, 2021, in the United States District Court Middle District of Georgia, Case No. 4:21-cv-00204-CDL (the "Georgia Action") | May | O | | | | | | |
| 222 | | | Order Granting PayJunction Motion for Preliminary | Will | O | | | | | | |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Relief in Georgia Action | | | | | | | | | |
| 223 | | Order Granting Pay Junction Motion for Entry of Default in Georgia Action | May | O | | | | | | | |
| 224 | | Plaintiff PayJunction's Motion for Entry of Default Judgment, Supporting Briefing, Declaration and Exhibits | Will | O | | | | | | | |
| 225 | | Default Judgment Against Glasser Images, LLC and J. Glasser in Georgia Action. | Will | O | | | | | | | |
| 226 | Jack Glasser | Email thread between G. Chichester and J. Glasser et al. re: complying with preliminary injunction in | Will | O | | | | | | | |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Georgia Action. | | | | | | | | | |
| 227<br><br>Likely duplicate of 226 | Tim O'Keeffe or Jack Glasser | Emails on Dec. 9 to Dec., 20, 2021 re: preliminary injunction order, T. O'Keeffe Authorizing PayJunction to respond to all chargebacks, and J. Glasser sending all CRM, Invoice and Payment Lists, Editing and Orders List, Clients with Weddings or Shoots after 10-7-2021 | May | O | | | | | | | |
| 228 | Mathew Odirakallum | Proof of Claim filed by PayJunction against J. Glasser on Jan. 9, 2023, in the U.S. Bankruptcy Court for the District of North Dakota, Case no. 22-30244 | Will | O | | | | | | | |

158858522.1

| 229 | | | Bankruptcy Petition and Amended Schedule for J. Glasser in the U.S. Bankruptcy Court for the District of North Dakota, Case no. 22-30244 | May | O | | | | | | |
| 230 | | Mathew Odirakallum | Proof of Claim filed by PayJunction against J. Schacher on Dec. 5, 2022, in the U.S. Bankruptcy Court for the District of North Dakota, Case no. 22-30243 | Will | O | | | | | | |
| 231 | | Chad Johnson or Jack Glasser | Jan. 3-4, 2019, email from C. Johnson at First Western Bank and Trust to Jack Glasser re: debt and cash flow issues | May | O | | | | | | |

158858522.1

| 232 | Jack Glasser and/or Chad Johnson | Emails between J. Glasser and C. Johnson in Jan. 2019 re: credit card payments and deposits from PayJunction as well as negative bank balance | May | O | | | | | | | |
| 233 | Chad Johnson | Glasser Images Credit Presentation on Dec. 12, 2019, to First Western Bank & Trust noting declining revenue | May | O | | | | | | | |
| 234 | Chad Johnson | Glasser Images Credit Presentation from Dec.12, 2019, noting substandard ratings / loan committee recommending board approval | May | O | | | | | | | |
| 235 | Chad Johnson | Memo re: substandard notes from | May | O | | | | | | | |

| | | | C. Johnson to First Western Bank & Trust on Mar. 16, 2020 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 236 | | Chad Johnson or Jack Glasser | Email from J. Glasser to C. Johnson on March 17, 2020, re: inability to meet payroll | May | O | | | | | | |
| 237 | | Chad Johnson and/or Jack Glasser | March 18-20, 2020, J. Glasser and C. Johnson emails | May | O | | | | | | |
| 238 | | Chad Johnson or Jack Glasser | Emails thread between C. Johnson and J. Glasser from April 28- May 1, 2020 re: a PPP loan not helping cashflow | May | O | | | | | | |
| 239 Duplicate of 238 | | Chad Johnson and/ or Jack Glasser or Sierra Hall | April 28, 2020, C. Johnson email to J. Glasser re: Glasser Images not qualifying for recovery program because unable to pay debts | May | O | | | | | | |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | prior to pandemic. | | | | | | | | | |
| 240 | Stephanie Thorp, Toby Kommer, or Jack Glasser | Emails between S. Thorpe, J. Glasser, and T. Kommer on June 24, 2020 re: land deal being paid for with business cash flow | May | O | | | | | | | |
| 241 | Stephanie Thorp, Toby Kommer, or Jack Glasser | Email from J. Glasser to S. Thorp and T Kommer on June 24, 2020, re: proposal to finance land purchase | May | O | | | | | | | |
| 242 | Steven Zottnick or Jack Glasser | Emails between S. Zottnick and J. Glasser on August 5, 2020, regarding the bank being unwilling to lend on an unsecured basis with too much debt | May | O | | | | | | | |
| 243 | Chad Johnson | Sept. 2-3, 2020, email chain between J. | May | O | | | | | | | |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | and/or Jack Glasser | Glasser and C. Johnson re: survival of the company with additional loan amount. | | | | | | | | | |
| 244 | Chad Johnson and/or Jack Glasser | Sept. 3-4, 2020, email thread between C. Johnson and J. Glasser re: running out of cash without additional cash. | May | O | | | | | | | |
| 245 | Chad Johnson and/or Jack Glasser | Email thread between C. Johnson and J. Glasser on Sept. 15, 2020 re: barely skirting by and barely keeping the checking account positive | May | O | | | | | | | |
| 246 | Chad Johnson and/or Jack Glasser | Email thread between C. Johnson and J. Glasser on Sep. 25, 2020, re: discussion of revenue | May | O | | | | | | | |

| 247 | Chad Johnson or Jack Glasser | Emails between J. Glasser and C. Johnson on Oct. 10 to 13,2020, re: running out of cash and working capital, as well as "running things by the lawyers this week and last" | May | O | | | | | | | |
| 248 | Toby Kommer and/or Jack Glasser | Nov. 4-6, 2020, between T. Kommer and J. Glasser re: cash flow and profitability issues | May | O | | | | | | | |
| 249 | Toby Kommer and/or Jack Glasser | Email thread between T. Kommer and J. Glasser, Nov. 4-9, 2020, re: consulting bankruptcy attorney | May | O | | | | | | | |
| 250 | Toby Kommer and/or Jack Glasser | Email thread between J. Glasser and T. Kommer between Nov. 16-17, | May | O | | | | | | | |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 2020, re: inquiry about taking money from employees wanting to invest in company | | | | | | | | |
| 251 | | Steve Zottnick and/or Jack Glasser | On June 29, 2021, emails between J Glasser and S. Zottnick re: account overdrawn unacceptability | May | O | | | | | | |
| 252 | | Steve Zottnick or Jack Glasser | Email from J. Glasser on July 15, 2021 re: dipping negative and client credit card payments | May | O | | | | | | |
| 253 | | Dawn Ystaas, Joel Kosteleck, or Chad Johnson. | First Western Bank & Trust Credit Presentation on Glasser Images re: *inter alia* negative cash flow from Sept. 22, 2021 | May | O | | | | | | |
| 254 | | Jack Glasser | Email from J. Glasser to the Small Business | May | O | | | | | | |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Association on Oct. 4, 2021, re: asking for reconsideration of decline of SBA loan. | | | | | | | | |
| 255 | | Jack Glasser or Steve Zottnick | Bravera Bank Statements for Glasser Images account no. 0182 2020-Close | May | O | | | | | | |
| 256 | | Jack Glasser or Steve Zottnick | Bravera Bank Statements – J. Glasser account no. 1190 2020-Close | May | O | | | | | | |
| 257 | | Jack Glasser, Jace Schacher, Steve Zottnick | Bravera Bank Statements – J. Glasser and J. Schacher account no. 3139 2020-Close | May | O | | | | | | |
| 258 | | Jack Glasser or Steve Zottnick | Bravera Bank Statements - Glasser Images, account no. 9337 2020-Close | May | O | | | | | | |

158858522.1

| 259 | Jack Glasser or Steve Zottnick | Bravera Bank Statements Glasser Images account no. 0182 2019 | May | O | | | | | | | |
| 260 | Jack Glasser or Steve Zottnick | Bravera Bank Statements – J. Glasser, account no. 1190 2019 | May | O | | | | | | | |
| 261 | Jack Glasser, Jace Schacher, Steve Zottnick | Bravera Bank Statements – J. Glasser and J. Schacher, account no. 3139 2019 | May | O | | | | | | | |
| 262 | Jack Glasser or Steve Zottnick | Bravera Bank Statements - Glasser Images, account no. 9337 2019 | May | O | | | | | | | |
| 263 | Jace Schacher | Glasser Images Expense Report from Apr. – Oct. 2021 | May | O | | | | | | | |
| 264 | Jack Glasser or Steve Zottnick | Emails from Nov. 5-8, 2021 | May | O | | | | | | | |
| 265 | Jack Glasser or Anna Helmstetler | Two Emails on Oct. 7, 2021, to Clients who | May | O | | | | | | | |

158858522.1

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | were scheduled in Oct. 2021 and Glasser Images is closing | | | | | | | | | |
| 266 | | Jack Glasser | Five Emails on Oct. 20, 2021, to Clients about closing | May | O | | | | | | | |
| 267 | | Anna Helmstetler | Helmstetler/ Gorby Wedding Contract, Feb. 5, 2021, | May | O | | | | | | | |
| 268 | | Anna Helmstetler | Helmstetler/ Gorby Wedding Paid Invoice, June 14, 2021. | May | O | | | | | | | |
| 269 | | Joessa Giesen or Josh Stenerson | Invoice from Oct. 6, 2021 | May | O | | | | | | | |
| 270 | | Joessa Giesen or Josh Stenerson | Giesen and Stenerson Wedding Contract from Oct. 5-6, 2021 | May | O | | | | | | | |
| 271 | | Brodie Cundy, Allyson DesCamps, | Oct. 4, 2021, Credit Card Capture for $3,537 | May | O | | | | | | | |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | or Jace Schacher | | | | | | | | | | |
| 272 | | Brodie Cundy | Oct. 9, 2021, Attorney General Online Complaint Submission | May | O | | | | | | | |
| 273 | | Brodie Cundy, Allyson DesCamps, or Jace Schacher | DesCamps/ Cundy Wedding Contract Signed on Oct. 4, 2021 | May | O | | | | | | | |
| 274 | | Brodie Cundy, Allyson DesCamps, or Jace Schacher | Allyson DesCamps Wedding Invoice from Oct. 4, 2021 | May | O | | | | | | | |
| 275 | | Jennifer Landphere | Jennifer Landphere's 2021 Mini Family Session for Oct. 7, 2021 | May | O | | | | | | | |
| 276 | | Amanda Rindy, and Lucas Baumtrog | Wedding Contract from Oct. 5, 2021 | May | O | | | | | | | |
| 277 | | Amanda Rindy | Invoice for Amanda Rindy from Oct. 5, 2021 | May | O | | | | | | | |
| 278 | | Patty Fresonke-Twigg | Paid Invoice from Sept. 10, 2021 for $2,360 with | May | O | | | | | | | |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | $150 discount | | | | | | | | | |
| 279 | Angelina Campanale | Attorney General Complaint Submission from Oct. 8, 2021 | May | O | | | | | | | |
| 280 | Patty Fresonke-Twigg | Glasser Images Credit Card Capture from Sept. 10, 2021, for $2,210 | May | O | | | | | | | |
| 281 | Patty Fresonke-Twigg | Attorney General Complaint Submission form from Oct. 8, 2021 | May | O | | | | | | | |
| 282 | | Complaint filed on May 3, 2022, State of North Dakota v. Glasser Images et al., County of Burleigh, South Central Judicial District, Case No. 08-2022-CV-00969 (the "Attorney General Action") | Will | O | | | | | | | |

158858522.1

| 283 | | Declaration of B. Card in Attorney General Action with Exhibits | May | O | | | | | | | |
| 284 | | Consent to Entry of Order and Judgment in Attorney General Action | May | O | | | | | | | |
| 285 | Jacker Glasser / Jace Schacher | Judgment against Glasser Images, J. Glasser, and J. Schacher in Attorney General Action | Will | O | | | | | | | |
| 286 | Jack Glasser | Stipulated Judgement for Nondischargability of Debt Owed to State of North Dakota in U.S. Bankruptcy Court for the District of North Dakota Case. No. BK BK-22-30244 AP No. BK-22-07011. | | O | | | | | | | |

| 287 | Jack Glasser | Judgment of Non-Dischargeability entered against Jack Glasser on Feb. 17, 2023 in U.S. Bankruptcy Court for the District of North Dakota, Case No. BK-22-30244 AP No. BK-22-07011. | Will | O | | | | | | | |
| 288 | Jace C. Schacher | Stipulated Judgement for Nondischargability of Debt Owed to State of North Dakota in U.S. Bankruptcy Court for the District of North Dakota, Case No. 22-30243 AP No. 23-07001 | | O | | | | | | | |
| 289 | Jace C. Schacher | Judgment of Non-Dischargeability entered against J. Schacher on Feb. 17, 2023 in U.S. | Will | O | | | | | | | |

158858522.1

| | | | Bankruptcy Court for the District of North Dakota, Case No. 22-30243 AP No. 23-07001 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 290 | | Jack Glasser | 341(a) Meeting Transcript from Sept. 15, 2022 | May | O | | | | | | |
| 291 | | Jack Glasser | Subpoena Hearing Transcript of J. Glasser on Behalf of Glasser Image and J. Glasser In His Individual Capacity from Nov. 23, 2021 | May | O | | | | | | |
| 292 | | Jace Schacher | Subpoena Hearing Transcript of J. Schacher from Nov. 26, 2021 | May | O | | | | | | |
| 293 | | Jack Glasser | 341(a) Meeting Transcript from Oct. 28, 2022 | May | O | | | | | | |
| 294 | | Jace Schacher | 341(a) Meeting Transcript | May | O | | | | | | |

| | | from Sept. 15, 2022 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 295 | Jace Schacher | 341(a) Meeting Transcript from Oct. 28, 2022 | May | O | | | | | | |
| 296 | Sierra Hall | Subpoena Hearing Transcript of S. Hall from Oct. 28, 2021 | May | O | | | | | | |
| 297 | Jack Glasser | Deposition Transcript of Jack Glasser, taken April 12, 2024, in U.S. Bankruptcy Court for District of North Dakota, Case No. BK-22-30244, AP No. 23-07006. | May | O | | | | | | |
| 298 | Jace Schacher | Deposition Transcript of J. Schacher, taken on Apr. 11, 2024, in U.S. Bankruptcy Court for District of North Dakota, | May | O | | | | | | |

| | | | Case No. BK-22-30243, AP No. 23-07007. | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|