# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re:<br><br>Jack A. Glasser,<br>　　　　　　　Debtor. | **Bankruptcy No.: 22-30244**<br><br>**Chapter 7** |
| Messiahic, Inc.<br>d/b/a PayJunction,<br><br>　　　　　Plaintiff,<br>vs.<br><br>Jack A. Glasser,<br>　　　　　　　Defendant. | **Adversary No. 23-07006** |

### NOTICE AND MOTION FOR WITNESSES TO APPEAR BY VIDEO CONFERENCE

[¶1]    Plaintiff, Messiahic, Inc. d/b/a PayJunction ("PayJunction"), by and through its undersigned counsel, pursuant to District of North Dakota Bankruptcy Local Rule 5001-2, hereby move for certain witnesses to appear by video conference for the trial scheduled on Tuesday, June 4, 2024, starting at 9:30 A.M. CST through Friday, June 7, 2024, at 5:00 P.M. CST. Plaintiff respectfully requests the Court grant its Motion to call certain witnesses by video conference.

[¶2]    For judicial efficiency, this Motion will contain the names and locations of all witnesses who may appear by video conference.

  a. Sierra Hall, 2300 46th Ave SE Apartment #317, Mandan, ND 58554.

  b. Steve Zottnick, 401 N. 4th Street, Bismarck, ND 58501.

  c. Chad Johnson, 603 Parker Ranch Road, Bismarck, ND 58503.

  d. Stephanie Thorp, 840 43rd Ave NE, Suite 100, Bismarck, ND 58503.

  e. Toby Kommer, 5195 45th Street South, Fargo, ND 58104, who will be in Arizona at the time of the trial for work.

  **f.** Brodie Cundy, 1001 Second Street West, Eveleth, MN 55734.

  **g.** McLauryn Alexander, 800 Custer Dr. Mandan, ND 58554.

  **h.** Crystal Kraft, 1720 Burlington Drive, Suite C, Bismarck, ND 58504.

  **i.** Angelina Campanale, 507 East St, Bottineau, ND 58318.

  **j.** Any other witnesses identified on Plaintiff's Witness List.

**[¶3]** Because of the potential savings in time and expenses for each individual witness, the Court should grant PayJunction's motion for the witnesses to appear by video conferences.

**[¶4]** All witnesses will be served with a copy of this Motion.

**[¶5]** **NOTICE IS HEREBY GIVEN** that PayJunction has filed a motion for witnesses to appear by video conference, pursuant to District of North Dakota Bankruptcy Local Rule 5001-2.

**[¶6]** **NOTICE IS FURTHER GIVEN** that the Court may rule on the motion for witnesses to appear by video conference without a hearing or an opportunity to respond, pursuant to District of North Dakota Bankruptcy Local Rules 2002-1(E) and 7007-1(C).

**[¶7]** **WHEREFORE,** the Plaintiff respectfully requests the Court grant its Motion for witnesses to appear by video conference or other remote means.

2

| | |
|---|---|
| Dated: May 27, 2024 | */s/Berly D. Nelson*<br>Berly D. Nelson (ND #05903)<br>SERKLAND LAW FIRM<br>10 Roberts Street North<br>Fargo, ND 58102-4982<br>Phone: 701.232.8957<br>bnelson@serklandlaw.com<br><br>*/s/ Robert F. Elgidely*<br>Robert F. Elgidely (pro hac vice)<br>Fox Rothschild LLP<br>2 South Biscayne Blvd., Ste. 2750<br>Miami, FL 33131<br>Phone: (305) 442-6543<br>RElgidely@foxrothschild.com<br><br>***Attorneys For Plaintiff***<br>***Messiahic, Inc. d/b/a PayJunction*** |

3