# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re:<br><br>Jack A. Glasser,<br>          Debtor. | **Bankruptcy No.: 22-30244**<br><br>**Chapter 7** |
| Messiahic, Inc.<br>d/b/a PayJunction,<br><br>          Plaintiff,<br>    vs.<br><br>Jack A. Glasser,<br><br>          Defendant. | **Adversary No. 23-07006** |

## SUPPLEMENT TO MOTION TO APPEAR BY VIDEO CONFERENCE OR TELEPHONE

[¶1]   Plaintiff, Messiahic, Inc. d/b/a PayJunction ("PayJunction"), by and through its undersigned counsel, pursuant to District of North Dakota Bankruptcy Local Rules 5001-2, hereby supplements its motion for Brodie Cundy ("Cundy") to appear remotely.

[¶2]   Cundy's employer has two conference rooms in Mountain Iron, Minnesota, which are used for virtual board meetings of Lake County Power, an electric cooperative. Cundy has confirmed with his employer that he can use the conference room with a camera. He has completed testing the conference room and camera with the clerk's office.

[¶3]   PayJunction incorporates the original motion details by reference and respectfully requests the Court grant its motion, allowing Cundy to appear remotely.

Dated: June 4, 2024

/s/Berly D. Nelson
Berly D. Nelson (ND #05903)
SERKLAND LAW FIRM
10 Roberts Street North
Fargo, ND 58102-4982
Phone: 701.232.8957
bnelson@serklandlaw.com

/s/ Robert F. Elgidely
Robert F. Elgidely (pro hac vice)
Fox Rothschild LLP
2 South Biscayne Blvd., Ste. 2750
Miami, FL 33131
Phone: (305) 442-6543
RElgidely@foxrothschild.com

**Attorneys For Plaintiff**
**Messiahic, Inc. d/b/a PayJunction**